**SEALED** **FILED**

AUG 21 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No.: |
| Marijuana Located at 4664 Destiny Drive, Turlock, California. | 1:13-SW-00205-BAM<br><br>ORDER AUTHORIZING DESTRUCTION OF MARIJUANA SEIZED PURSUANT TO A SEARCH WARRANT |

The United States of America having applied to this Court for an Order permitting law enforcement agents to destroy marijuana seized pursuant to a duly authorized federal search warrant, and good cause appearing therefore:

IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to destroy all but the samples of marijuana seized at 4664 Destiny Drive, Turlock, California on August 21, 2013.

Dated: August 21, 2013

_____
GARY S. AUSTIN
U.S. Magistrate Judge

1